**Electronically Filed
Supreme Court
SCWC-14-0001115
08-NOV-2021
08:47 AM
Dkt. 28 ODSAC**

SCWC-14-0001115

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

PL III, LLC, a Hawaiʻi limited liability company;
ARICK B. YANAGIHARA; MICHAEL H. NEKOBA; WILLIAM G. BOYLE;
and ANITA MATSUZAKI, Petitioners/Plaintiffs-Counterclaim
Defendants-Appellants,

vs.

PUU LANI RANCH CORP., a Hawaiʻi corporation,
Respondent/Defendant-Counterclaimant-Appellee,

and

F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981, made
by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT,
in his individual capacity, Respondents/Defendants-Appellees.

---------------------------------------------------------

PL III, LLC, a Hawaiʻi limited liability company;
ARICK B. YANAGIHARA; MICHAEL H. NEKOBA;
WILLIAM G. BOYLE; and ANITA MATSUZAKI,
Petitioners/Counterclaim Defendants-Appellees,

vs.

PUU LANI RANCH CORP., a Hawaiʻi corporation,
Respondent/Defendant-Counterclaimant-Appellant,

and

F. NEWELL BOHNETT, as Trustee under that certain unrecorded
Revocable Living Trust Agreement dated July 29, 1981, made
by F. Newell Bohnett, as Settlor; and F. NEWELL BOHNETT,
in his individual capacity, Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001115, CAAP-15-0000484, and CAAP-15-0000671;
CIVIL NO. 11-1-433K)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., McKenna, Wilson, and Eddins, JJ., and
Circuit Judge Somerville, in place of Recktenwald, C.J., recused.)

Petitioners/plaintiffs-counterclaim defendants-appellants' application for writ of certiorari, filed on September 23, 2021, is dismissed.  <u>See</u> HRS § 602-59(a); HRAP Rule 40.1(a).

DATED: Honolulu, Hawai'i, November 8, 2021.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Rowena A. Somerville